447 A.2d 316

**Rose TSCHESCHLOG, Appellant,**

v.

**BOARD OF SUPERVISORS OF TINICUM TOWNSHIP.**

Superior Court of Pennsylvania.

Submitted Nov. 5, 1981.

Filed June 25, 1982.

William B. Eagan, Willow Grove, for appellant.

George M. Bush, Doylestown, for appellee.

Before SPAETH, BECK and LIPEZ, JJ.

PER CURIAM:

This is an appeal from an order affirming the decision of the Tinicum Township Board of Supervisors denying appellant a license to operate a junkyard. Appellant claims that she is entitled to operate the junkyard as a nonconforming

use. The lower court found, however, that that use had been abandoned. Since this dispute "[draws] into question the application, interpretation or enforcement of ... [a] local ordinance ...." 42 Pa.C.S.A. § 762(a)(4)(i)(B), we are transferring this appeal to the Commonwealth Court. Pa.R. A.P. 752.

So ordered.